## ADDENDUM TO CIVIL COMPLAINT

## ALLEN EGON CHOLAKIAN v. DIRECTOR, FEDERAL BUREAU OF INVESTIGATION et al

## SCHEDULE OF PLAINTIFF | DEFENDANT CONTACT PARTICULARS

Plaintiff,

1. Allen Egon Cholakian
   P.O. Box 380477
   Harvard Square Station
   Cambridge MA 02238

   Email: Egoncholakian@gmail.com    |    Telephone: 617 / 821-6468

Defendants,

2. Federal Bureau of Investigation
   935 Pennsylvania Avenue, NW
   Washington D.C. 20535-0001

   Email: TBD    |    Telephone: 202 / 324-3000

3. Attorney General, Commonwealth of Massachusetts
   One Ashburton Place
   Boston MA 02108-1518

   Email: TBD    |    Telephone: TBD

4. City of Cambridge Police Department
   125 Sixth Street
   Cambridge MA 02142

   Email: TBD    |    Telephone: 617 / 349.3300

5. Bristol-Myers Squibb, Inc.

345 Park Avenue
New York, NY 10154-0037

Email: TBD | Telephone: 212 / 546-4000

**ADDENDUM:** ALLEN EGON CHOLAKIAN v. FEDERAL BUREAU OF INVESTIGATION et al

6. Placeme Inc.
   143 Wellman Avenue
   North Chelmsford MA 01863

   Email: Clara@placeme.life | Telephone: 857 / 265.0033
   Email: Francisco@placeme.life | Telephone: 617 / 285.2189

7. Clara Arroyave
   143 Wellman Avenue
   North Chelmsford MA 01863

   Email: Clara@placeme.life | Telephone: 857 / 265.0033
   Telephone: 617 / 285.2189

8. Francisco Marriott
   143 Wellman Avenue
   North Chelmsford MA 01863

   Email: Francisco@placeme.life | Telephone: 857 / 265.0033
   Telephone: 617 / 285.2189

9. Baby Poppi (a/k/a Hope Summers)
   33 Jefferson Street
   2nd Floor
   Cambridge MA 02141

   Email: Hopeeatsicecream@gmail.com | Telephone: 646 / 321-2695

10. Hope Summers (a/k/a Baby Poppi)
    33 Jefferson Street
    2nd Floor
    Cambridge MA 02141

Email: Hopeeatsicecream@gmail.com  |  Telephone: 646 / 321-2695

**ADDENDUM:    ALLEN EGON CHOLAKIAN v. FEDERAL BUREAU OF INVESTIGATION et al**

11. Hope Summers Enterprizes (A PoppiNathaniel Venture)
    33 Jefferson Street
    2nd Floor
    Cambridge MA 02141

    Email: Hopeeatsicecream@gmail.com  |  Telephone: 646 / 321-2695

12. John / Jane Does A-Z

    Identities: TBD | Address(es): TBD

    Email(s): TBD                  |        Telephone(s): TBD

-End-

Allen Egon Cholakian v. Federal Bureau of Investigation et al – Exhibit "A"

February 8, 2018

Posted about a month ago

## favorite this post $975 / 3br - 156ft$^2$ - HARVARD / MIT: BEDROOM AVAILABLE SHORT-TERM IN FURNISHED 3-BEDROOM APT (Cambridge) hide this posting

image 3 of 8

© craigslist - Map data © OpenStreetMap

33 Jefferson Street
(google map)

**3BR / 1Ba 156** ft$^2$ available now

furnished

apartment

laundry in bldg

no smoking

no parking

no private bath

private room

One bedroom available on a monthly rental or lease basis in nicely furnished clean three bedroom Cambridge share apartment: From 1st March - $975 per month. The bedroom has wood floors, plenty of natural light and central heating (very private / quiet / comfortable).

Apartment is located on the 2nd-floor of a triple-decker (bike friendly) building situated between Harvard and MIT (Just off Cambridge Street [near Kendall / Inman Squares]). Harvard is a 22 min. walk / MIT is a 15 min. walk. Direct access to Harvard / MIT is available via the #69 Bus (one block away) and Red line (Central Square [14 min. walk]). And, direct access to Harvard Medical School / Longwood Medical Area is also available via the Green Line (Lechmere Station [15 min. walk]).

The apartment has three bedrooms, one bathroom (tub / shower), living room and kitchen (with new appliances), central air / heating, along with free laundry washer / dryer (6 minute walk to Star Market [open till 12:00 A.M.] and Target).

Set-up is ideal for somebody involved with the Harvard / MIT / Longwood Medical communities, or a visiting professional. I am affiliated with Harvard, MIT and the NIH. Requirements: $975 Rent + $600 Deposit (Utilities [Wifi / Elec. & Gas] included).