**Allen Egon Cholakian v. Federal Bureau of Investigation et al – Exhibit "B"**

February 14, 2017

**Baby Poppi <hopeeatsicecream@gmail.com>**
to me

Happy Valentines...!

Is your space available...? I am looking to be moved in between Feb 24 and Feb 27th.

I am a very calm ...peaceful....busy .. female who is non-smoking.... "drama/drug free" ...respectful...."no outdoor shoe wearing in the house"...  professional who attends Harvard Extension School.

I can be reached at (646) 321 2695.

Thanks so much...!