**Allen Egon Cholakian v. Federal Bureau of Investigation et al – Exhibit "C"**

March 25, 2017

**helina ho <@yahoo.com>**
to me, Christine, Alexander

Egon and Christine,

Welcome to be my tenants at 33 Jefferson St, Cambridge. I hope you will enjoy your stay in the property for the upcoming lease term.

Please work with Alex on getting keys on April 1st and a walk through on Monday. Please also contact Eversource to add your electricity and gas account to ensure continuous service starting April 1.

Since you are the first tenants in the building so far, you have the priority to choose your parking space. The building doors are in standard sizes. However, oversized furniture are not suitable. Feel free to measure the openings at the walk through and check with IKEA.

Please keep the fridge in the living area next to the kitchen instead of inserting it in the little pantry area. You may use it for storage, but make sure not to block the vent to ensure air circulation for the heating and cooling system.

Thank you and wish you a smooth move in.

Helena