## Allen Egon Cholakian v. Federal Bureau of Investigation et al – Exhibit "D"

March 7, 2018

**Egon Cholakian <egoncholakian@gmail.com>**
to Baby

Baby / Hope,

On this day, 7th March 2018, you initiated a series of uninvited text messages to my individual, commencing late morning through early afternoon (while I was at work). And, upon arriving back to the apartment towards the latter portion of the afternoon you willfully / aggressively prosecuted your claim to access my private email account quite literally while I was engaged in an intimate conversation with our roommate (who is commencing a life threatening surgical journey early tomorrow a.m.[?]). This whole episode was precipitated earlier this a.m. at the apartment when you advised my being that you had no intention to lock the apartment doors - either coming or going (contrary to my rules). Otherwise, in regard to your last two texted messages today (time stamped "12:27 P.M." and "1:01 P.M.", respectfully);

**1.** You advise in your 12:27 P.M. text message: "Hope as you know...." (space) "My dogs name is Baby Poppi as discussed before..." (End).

With all due respect, I have never met your animal, nor do I, or; would I have any reason to know your dog's name. I do know, however, that "Baby Poppi" was the name you provided my person with to secure a bedroom in my Cambridge MA share apartment (please refer to the email above sent by you in the accompanying email string [7 emails comprise our total email dialogue under the name of "Baby Poppi"]). In all respects, it is out of the ordinary to use either a dog's name or a fictitious name to secure a residential situation in Cambridge MA (it raises suspicions!). Notwithstanding;

**2.** You subsequently advise in your 1:01 P.M. text message: "You said you had an email from the landlord to forward me concerning my $100 payment through you..." (space) "To them" (End).

You responded to a Craigslist posting (see above email heading which you elected to employ in your "Baby Poppi" email). The same states, "$975 / 156ft2 - HARVARD / MIT: BEDROOM AVAILABLE IN FURNISHED THREE-BEDROOM SHARE (Cambridge)". And, upon making your acquaintance (as "Baby Poppi") in the first instance, you requested that I endeavor to secure a parking space which you could subsequently use while renting with me (as the original CL ad advised that there was no parking) - which I did! Hence;

You have remitted two checks to my person ($600.00 and $1075.00 = $1,675.00) in favor of securing a month-to-month rental situation in my Cambridge apartment share for the month of March 2018. The accounting works out as follows: $600.00 to be applied to your last month's rent & security / $975.00 for March rent and $100.00 for March parking. What aspect of this accounting eludes you? Further;

You are not entitled to access my private email account under any circumstance, and I view your demand(s) to do so exceedingly offensive and profoundly ignorant. I do not represent you in any capacity, nor have I ever represented you in any manner whatsoever! Why then would I have any email "from the landlord to forward (you) concerning (your) $100.00 payment through (me)"? You have no credit worthiness with the landlord, nor are you a party to the lease - and nobody sends me emails intended for you! Moreover;

You made reference "To them" in the latter text message. I have absolutely no idea of who or whom "To them" is, nor can I identify any vicarious relationship(s) or obligation(s) you claim in your text message that I have "to them". Accordingly, please deem this email as a demand to know the identities of "them", and the authority under which I am expected to turnover any private email communication to this unknown entity, or your good-self. In addition to the alias employed by your individual, with regard to the "Baby Poppi" matter, it would appear that we now have "To them" involved in my month-to-month rental relationship, as well.



Please have the identities of "To them" disclosed immediately, accompanied by documentation evidencing any expectations you feel I may have with this phantom entity, and please likewise provide your full and complete legal name. Thank you - Egon