**Allen Egon Cholakian v. Federal Bureau of Investigation et al – Exhibit "E"**

March 8, 2018

**Egon Cholakian <egoncholakian@gmail.com>**
to Baby

B<sub>aby</sub> / H<sub>ope</sub>,

At 8:47 P.M. last evening I forwarded off an elaborate email communication to your good-self wherein I endeavored to articulate that I have no involvement whatsoever with any commercial or professional activities associated with you and any other parties, save solely for the fact that you rent a bedroom from my being on a month to month basis in a Cambridge MA apartment share situation. Within the same said email communication I likewise advised your individual that I do not appreciate having you routinely harass my person in favor of gaining access to my private email account (alleging that I have your property within my email / electronic possession[?]). Notwithstanding;

This afternoon upon returning to the apartment from work (towards 4:00 P.M.) I elected to take a nap before pressing on with my research through the evening hours. You, for whatever reason (unbeknownst to my person) took it upon yourself to hammer on my bedroom door again prosecuting your claim for access to my private email account (at which point you were advised that I had just been woken-up [by you], and I was not prepared to engage you in any dialogue germane to a phantom email communication you seemingly believe I am harboring from you within my email account). Further;

On Monday next (12th March 2018) I shall commence formal proceedings towards obtaining a restraining order against your person, along with the parties you reference as "Them" within your text message of 7th March 2018 (duly commented on within my earlier email of the same date). In concert with this same undertaking, you are herein likewise being duly advised that you are now being given a 30 day notice to vacate my apartment, and; that the parking space I rent to you for $100.00 per month will no longer be made available to you, commencing the 1st of April 2018. For purposes of facilitating your relocation I will deem your last day of residence in my apartment share as 10th April 2018. Thank you - Egon