# Allen Egon Cholakian v. Federal Bureau of Investigation et al – Exhibit "F"

March 9, 2018

from: **Baby Poppi** <hopeeatsicecream@gmail.com>

**Baby Poppi**
T
o me

No need for these insignificant emails...

You lied and stole my money.... My checks clearly had my name and bank account number on them when you cashed them.

I will be moving out at the end of the month...

Keep your porn and sexual interest to yourself.

I have confirmed a pattern of your deception and inappropriate sexual conversations and theft by deception with former tenants and others who have experienced your insanity.

Do not harass me while I am here.

Do not touch me or say anything else sexual either.

I have also spoken to my father who is a Federal Court Judge together with my two uncles who are detectives who have confirmed your misconduct. Even some of your neighbors have warned me about you.

Have my $600.00 deposit and my $100.00 parking in cash for me the day I move out.

Place me Boston never asked for any parking fee from me.

Again..... DO NOT HARASS ME ANY FURTHER.

***Hope Summers,*** MS , SAG-AFTRA
Hope Summers Enterprizes, A ***PoppiNathaniel*** Venture