# Allen Egon Cholakian v. Federal Bureau of Investigation et al – Exhibit "G"

March 9, 2018

from: **Baby Poppi** <hopeeatsicecream@gmail.com>

**Baby Poppi**
to me

Move out date April 10th.

My family will be here to make sure there is a smooth transition.

Thank you.

**HOPE.**