Exhibit "H"

21ˢᵗ March 2018


US Certified Mail   /   RRR
7018 0360 0000 6278 6802


ADMINISTRATIVE OFFICE OF THE U.S. COURTS
Office of Judicial Oversight

One Columbus Circle, NE
Washington, D.C.                                     20544

Cc:

[ ]     Federal Bureau of Investigation – Boston Office

[ ]     Attorney General, Commonwealth of MA

[ ]     Cambridge Police Department


### REQUEST FOR EXTRAORDINARY PROFESIONAL ACCOMMODATION


Dear Sir / Madam,

My name is Allen Egon Cholakian. I am a healthy / coherent senior gentleman (age 69) who resides at: 33 Jefferson Street, 2ⁿᵈ Floor, Cambridge MA 02141. Since 9ᵗʰ March 2018 almost without interruption I have been receiving daily threats (of a physical, professional and extortionate nature) purportedly from a sitting federal judge and two New Jersey detectives. Said threats have been received vicariously from Ms. Baby Poppi a/k/a Ms. Hope Summers who represents in an email communication to my individual (dated: 9ᵗʰ March 2018) that she is the daughter of a sitting federal judge, and a close relative of the same two New Jersey detectives. The threats and wrath of victimization from the phantom sitting federal judge and two detectives are centered on preventing my individual from prosecuting an eviction of Ms. Baby Poppi a/k/a Hope Summers from the said Jefferson Street address, and the extortion of monies from my being. My purpose in writing to your office is to determine who this judge is so that his conduct and behavior may be brought to light in the press. With regard to the two detectives, I am hopeful the FBI will contribute in identifying their individual's. Otherwise;

Very Brief Summary:

In early February of 2018 I placed a Craigslist posting for roommates to share my Cambridge MA research apartment (The 33 Jefferson Street address). At the closing of the posting I indicated that the apartment was "ideal for somebody affiliated with either MIT, Harvard or the Longwood Medical Community". In

reply I received an email (in the first instance) from a Ms. Baby Poppi (a pasted copy of which immediately follows)

**EMAIL FROM MS. BABY POPPI TO A. E. CHOLAKIAN (DATED: 14th February 2018)**

**Baby Poppi <hopeeatsicecream@gmail.com>**
to me

Happy Valentines...!

Is your space available...? I am looking to be moved in between Feb 24 and Feb 27th.

I am a very calm ...peaceful....busy .. female who is non-smoking.... "drama/drug free" ...respectful...."no outdoor shoe wearing in the house"... professional who attends Harvard Extension School.

I can be reached at (646) 321 2695.

Thanks so much...!

---

In order to fulfill the educational expectation / affiliation, Baby Poppi represented that she is/was a "professional who attends Harvard Extension School" (later advising in person that she was pursuing advanced BioMed / Pharma studies). Additionally, the name "Baby Poppi" was employed for any and all communication, until the name "Hope Summers" surface significantly later in the interview process. Otherwise, with regard to the Harvard connection, please take note of the pasted email received from Harvard University, which is as follows:

---

**EMAIL FROM HARVARD UNIVERSITY TO / FROM A. E. CHOLAKIAN (DATED: 9th March 2018)**

**Student Enrolment Confirmation: Request for Immediate Action**
Inbox x

**Egon Cholakian <egoncholakian@gmail.com>**
to academicservic.

Allen Egon Cholakian

P.O. Box 380477 • Harvard Square Station • Cambridge MA 02238
617 / 821-6468 | Egoncholakian@gmail.com

Kevin,

Per our earlier personal conversation this day, please be kind enough to either confirm or deny that Ms. Hope Summers is currently enrolled in the Harvard University Extension School (pursuing BioMedical / Pharma oriented studies). In concert with this same requested service, please additionally advise in the same manner as to whether or not Ms. Baby Poppi is enrolled in the Extension School, as well. As I indicated in the course of our earlier meeting, Ms. Summers and Ms. Poppi are one in the same individual.

Your earliest accommodation of the foregoing requests) would be greatly appreciated. Thank you - Egon


**Academic Services <AcademicServices@extension.harvard.edu>**
to me

Dear Egon Cholakian,

We do not show any records of the below student attending Harvard Extension School or Harvard Summer School.

Sincerely,

Academic Services
Harvard Division of Continuing Education
51 Brattle Street
Cambridge, MA 02138
617-495-0977

---

Much like the name, "Baby Poppi", the alleged affiliation with Harvard University likewise turned out to be fraudulent, as well. Further;

On 8th March 2018 I forwarded the following pasted email off to Baby / Hope, essentially advising that she was being given notice to vacate my household in 30 days.

---

**EMAIL FROM A. E. CHOLAKIAN TO BABY / HOPE (DATED: 8th March 2018)**


**Egon Cholakian <egoncholakian@gmail.com>**
to Baby

Baby / Hope,

At 8:47 P.M. last evening I forwarded off an elaborate email communication to your good-self wherein I endeavored to articulate that I have no involvement whatsoever with any commercial or professional activities associated with you and any other parties, save solely for the fact that you rent a bedroom from my being on a month to month basis in a Cambridge MA apartment share situation. Within the same said email communication I likewise advised your individual that I do not appreciate having you routinely harass my person in favor of gaining access to my private email account (alleging that I have your property within my email / electronic possession[?]). Notwithstanding;

This afternoon upon returning to the apartment from work (towards 4:00 P.M.) I elected to take a nap before pressing on with my research through the evening hours. You, for whatever reason (unbeknownst to my person) took it upon yourself to hammer on my bedroom door again prosecuting your claim for access to my private email account (at which point you were advised that I had just been woken-up [by you], and I was not prepared to engage you in any dialogue germane to a phantom email communication you seemingly believe I am harboring from you within my email account). Further;

On Monday next (12th March 2018) I shall commence formal proceedings towards obtaining a restraining order against your person, along with the parties you reference as "Them" within your text message of 7th March 2018 (duly commented on within my earlier email of the same date). In concert with this same undertaking, you are herein likewise being duly advised that you are now being given a 30 day notice to vacate my apartment, and; that the parking space I rent to you for $100.00 per month will no longer be made available to you, commencing the 1st of April 2018. For purposes of facilitating your relocation I will deem your last day of residence in my apartment share as 10th April 2018. Thank you - Egon

---

In reply to the above email communication, I received the following two pasted emails, both dated 9th March 2018. Within the former email, I am advised that her father is a federal judge and her uncles are detectives, and; that this consortium of intellects had "confirmed a pattern of (my) deception and inappropriate sexual conversations and theft by deception with former tenants and others who (had) experienced (my) insanity".

---

**EMAILS FROM BABY / HOPE TO A. E. CHOLAKIAN (BOTH DATED: 8th March 2018)**


**Baby Poppi**
to me

No need for these insignificant emails...

You lied and stole my money.... My checks clearly had my name and bank account number on them when you cashed them.

I will be moving out at the end of the month...

Keep your porn and sexual interest to yourself.

I have confirmed a pattern of your deception and inappropriate sexual conversations and theft by deception with former tenants and others who have experienced your insanity.

Allen Egon Cholakian

P.O. Box 380477 · Harvard Square Station · Cambridge MA 02238

617 / 821-6468 | Egoncholakian@gmail.com

Do not harass me while I am here.

Do not touch me or say anything else sexual either.

I have also spoken to my father who is a Federal Court Judge together with my two uncles who are detectives who have confirmed your misconduct. Even some of your neighbors have warned me about you.

Have my $600.00 deposit and my $100.00 parking in cash for me the day I move out.

Place me Boston never asked for any parking fee from me.

Again..... DO NOT HARASS ME ANY FURTHER.


**Hope Summers,** MS , SAG-AFTRA

Hope Summers Enterprizes, A **PoppiNathaniel** Venture



**Baby Poppi**

to me

Move out date April 10th.

My family will be here to make sure there is a smooth transition.

Thank you.

# HOPE.

---

Since receipt of the above two emails from Ms. Baby Poppi / Ms. Hope Summers I have been routinely victimized by criminal threats visited upon my person from some phantom sitting federal judge and two NJ detectives. Please be kind enough to advise within your anticipated reply as to whether or not you will assist my being in identifying gent. Per Ms. Poppi / Summers the individual is apparently a U.S. Circuit Court Judge? Otherwise;

Thanking you in anticipation of your courtesy and service, I remain, dear Sir / Madam;

Yours sincerely, Allen Egon Cholakian


Allen Egon Cholakian

P.O. Box 380477 · Harvard Square Station · Cambridge MA 02238

617 / 821-6468 | Egoncholakian@gmail.com

## Allen Egon Cholakian v. Federal Bureau of Investigation et al – Exhibit "I"

from: **Egon Cholakian** <egoncholakian@gmail.com>

to: Baby Poppi <hopeeatsicecream@gmail.com>

date: Tue, Mar 20, 2018 at 9:28 AM

to Baby

Just a Heads Up: For security purposes I changed two apartment locks today. I will be back at the apartment by 5:00 p.m. today, at which point I will give you new keys (if you are back in Boston). Or, simply let me know at some future date when you will be back in Boston so that I can orchestrate arrangements for you to get keys - Egon

## CAMBRIDGE POLICE DEPARTMENT
*CAMBRIDGE, MA*

# CAD Incident Report #18020842

| Incident Information | | | | |
|---|---|---|---|---|
| **Incident #** 18020842 | | **Incident Date** 03/20/2018 15:30:48 | | **Call Taker** nerwin |
| **Police #** | | **Fire #** | | **Ambulance #** |
| **Incident Type** (102) MEET PERSON | | **Description** | | **Priority** 3 |
| **Ems Level** | **Alarm Level** | **Modified By** nerwin | | **Modified Date** 03/20/2018 15:36:19 |

| Event Information | | | |
|---|---|---|---|
| **Municipality** 1 CAMBRIDGE | | **Business Name** | |
| **Fire Box** 213 | | **RA** 301 | |
| **Correct Location** ▇JEFFERSON ST▇ | | | |
| **Street #** ▇ | **Street Name** JEFFERSON ST | **Apartment #** 2 | **Cross Street** |
| **Near** BET MARION ST & HARDING ST | **Landmarks** E CAMB | **Additional** SEGMENT ADDRESSES RANGE FROM 19 TO 47 | |

| Reporting Person | | |
|---|---|---|
| **RP Name** ▇▇▇ | **RP Phone** ▇▇▇ | **How Received** 3300 |
| **RP Address** | **Closed By** aspears | **Date Closed** 03/20/2018 16:16:15 |

# Incident Types

| Dispatch Class | Incident Type |
|---|---|
| AMBULANCE | |
| FIRE/RESCUE | |
| POLICE | MEET PERSON |

# Note(s)

| Note Type | Entered By | User ID | Note |
|---|---|---|---|
| | | nerwin | |

| | | | |
|---|---|---|---|
| CALL-TKR | 03/20/2018 15:36:00 | | RP STS ▮▮▮ WHO ▮ SHARES ▮ APARTMENT WITH ▮ WENT IN TO ▮ BEDROOM AND STOLE $100 FROM ▮ WHILE SHE WAS ON VACATION. SP ▮ ALSO CHANGED THE LOCK ON HER BEDROOM DOOR SO SHE CAN'T GET IN TO ▮ BEDROOM. HE IS REFUSING TO ANSWER ▮ PHONE CALLS. ITS UNKNOWN IF HE IS CURRENTLY AT THIS LOCATION. SP IS ▮▮▮ RP WILL BE WAITING OUTSIDE IN ▮ MV - ▮ |
| CALL-TKR | 03/20/2018 15:36:00 | nerwin | Added by Update-and-Continue: More information to follow. |
| CALL-TKR | 03/20/2018 15:36:19 | nerwin | RP STS THAT SHE ALSO SHARES THE APARTMENT WITH A THIRD PERSON. BUT DOESN'T BELIEVE THEY ARE INVOLVED |
| INFO | 03/20/2018 16:16:23 | aspears | resolved issue |

## Officers and Units

| CAD Units | | | |
|---|---|---|---|
| Agency Name | Unit ID | Personnel Id | Officer Name |
| CAM-PD | 1 | 473 | LEE,DAVID |
| CAM-PD | 1 | 572 | NICKERSON,MICHAEL |

## Unit Statuses

| CAD Units | | | | | |
|---|---|---|---|---|---|
| Unit ID | Status | Date/Time | Avail? | Location | Disp ID |
| 1 | RESP | 15:37:58 | N | | aspears |
| 1 | ONLOC | 15:46:48 | N | | mnickers |
| 1 | CLEAR | 16:16:15 | Y | | aspears |

## Dispositions

| Dispositions | | | | | |
|---|---|---|---|---|---|
| Type | Disposition | Date/Time | Incident Report? | Accident Report? | Due By |
| POLICE | (123) SERVICED,NO RPT | 03/20/2018 16:16:18 | | | LEE,DAVID |

## Allen Egon Cholakian v. Federal Bureau of Investigation et al – Exhibit "K"

March 9, 2018

    rom:    **Egon Cholakian** <egoncholakian@gmail.com>

    to:    academicservices@dcemail.harvard.edu

# Student Enrolment Confirmation: Request for Immediate Action
Inbox x

**Egon Cholakian <egoncholakian@gmail.com>**

Kevin,

Per our earlier personal conversation this day, please be kind enough to either confirm or deny that Ms. Hope Summers is currently enrolled in the Harvard University Extension School (pursuing BioMedical / Pharma oriented studies). In concert with this same requested service, please additionally advise in the same manner as to whether or not Ms. Baby Poppi is enrolled in the Extension School, as well. As I indicated in the course of our earlier meeting, Ms. Summers and Ms. Poppi are one in the same individual.

Your earliest accommodation of the foregoing requests) would be greatly appreciated. Thank you - Egon

March 9, 2018

**Academic Services <AcademicServices@extension.harvard.edu>**

to me

Dear Egon Cholakian,

We do not show any records of the below student attending Harvard Extension School or Harvard Summer School.

Sincerely,

Academic Services
Harvard Division of Continuing Education
51 Brattle Street
Cambridge, MA 02138
617-495-0977