4/5/2018    Civil Action No: - 1:18 - CV-10619-RGS - U.S. DISTRICT COURT OF MASS - Cholakian v. Hope Summers - hopeeatsicecre...

Case 1:18-cv-10619-RGS Document 6 Filed 04/05/18 Page 1 of 6

*Hope Summers → ANSWER TO*
*Defendant*



**Gmail**                                                                       More

COMPOSE     Civil Action No: - 1:18 - CV-10619-RGS - U.S. DISTRICT COURT (

Inbox (36)
Starred
Sent Mail
Drafts (5)
???
[Imap]/Sent (1)
86 (1)
680
1527 GM's


Baby

Make a call

Also try our mobile apps for Android and iOS

**Baby Poppi** <hopeeatsicecream@gmail.com>
to me

HOPE SUMMERS
UNIT 2157 - BOX 2157
TEANECK, NJ 07666
(646) 321 - 2695

*[FILED IN CLERKS OFFICE - U.S. DISTRICT COURT DISTRICT OF MASS. - 2018 APR -5 PM 12: 41]*

Attention: Francis
U.S. District Court of Massachusetts
Civil Division - 2nd Floor
1 Court House Way
Boston, MA 02210

Re: Civil Action No: - 1:18 - CV-10619-RGS - U.S. District Court of Massachusetts - Cholakian v. Hope Summers - H

**Dear Francis:**

Per our telephone conversation of 4/2/2018, I am responding to the above mentioned charges.

I plead not guilty to all charges.

It seems Cholakian (has also filed charges against my dog "Baby Poppi" who he has never met. Pop

I sublet a space from Allen Egon Cholakian and have to vacate due to his extreme unstableness and h $100,000.00 by posting..... on the internet..... false statements claiming extortion by me and by my dog

Cholakinan has been cited by the Securities and Exchange Commission ( for lying about his education doctor and a lawyer who works at Harvard and MIT (please see attached Facebook and LinkedIn page

Also... I have been granted a Harassment Prevention Order listed as Docket Number 1852R0106 - G.L **attached copy of the aforementioned Order).**

**I am also counter-suing Allen egon Cholakian for $100,000.00 for the above mentioned harrassm**

Thank you so much for your assistance.

I truly appreciate you Francis.

Hope.
(646) 321 -2695

| EXTENSION OR TERMINATION ...MENT PREVENTION ORDER G.L. c. 258E | DOCKET NO. 1852RO106 | Massachusetts Trial Court |
|---|---|---|
| ...ME Hope Summers | | COURT NAME & ADDRESS |
| ...ANT'S NAME Allen Cholakian | | Cambridge District Court 4040 Mystic Valley Parkway Medford, MA 02155 |

☐ **C. PRIOR COURT ORDER (ATTACHED) MODIFIED/EXTENDED:** This modification was issued after a hearing at which the Plaintiff ☐ appeared ☐ did not appear and the Defendant ☐ appeared ☐ did not appear.

The Court has **ORDERED** that the prior order issued on _____, 20___ be **MODIFIED** as follows:

☐ The expiration date of this order has been **EXTENDED** (see below).   ☐ **OTHER MODIFICATION(S)** _____

add ∆ to stay away from any personal property of Pl and if Pl is in kitchen area or any area that the defendant has the burden to leave.

| DATE OF THIS ORDER | TIME OF THIS ORDER | EXPIRATION DATE OF THIS ORDER | SIGNATURE/NAME OF JUDGE |
|---|---|---|---|
| 4-3-18 | 10:00 ☒ A.M. ☐ P.M. | 4-3-19 at 4 P.M. | Michele B. Hogan |
| NEXT HEARING DATE 4-3-19 at 9 ☒ A.M. ☐ P.M. in Courtroom 2 | | | X |

☐ **D. PRIOR COURT ORDER (ATTACHED) MODIFIED/EXTENDED:** This modification was issued after a hearing at which the Plaintiff ☐ appeared ☐ did not appear and the Defendant ☐ appeared ☐ did not appear.

The Court has **ORDERED** that the prior order issued on _____, 20___ be **MODIFIED** as follows:

☐ The expiration date of this order has been **EXTENDED** (see below).   ☐ **OTHER MODIFICATION(S)** _____

| DATE OF THIS ORDER | TIME OF THIS ORDER | EXPIRATION DATE OF THIS ORDER | SIGNATURE/NAME OF JUDGE |
|---|---|---|---|
| | ☐ A.M. ☐ P.M. | at 4 P.M. | |
| NEXT HEARING DATE at ____ ☐ A.M. ☐ P.M. in Courtroom ____ | | | X |

☐ **E. PRIOR COURT ORDER (ATTACHED) MODIFIED/EXTENDED:** This modification was issued after a hearing at which the Plaintiff ☐ appeared ☐ did not appear and the Defendant ☐ appeared ☐ did not appear.

The Court has **ORDERED** that the prior order issued on _____, 20___ be **MODIFIED** as follows:

☐ The expiration date of this order has been **EXTENDED** (see below).   ☐ **OTHER MODIFICATION(S)** _____

| DATE OF THIS ORDER | TIME OF THIS ORDER | EXPIRATION DATE OF THIS ORDER | SIGNATURE/NAME OF JUDGE |
|---|---|---|---|
| | ☐ A.M. ☐ P.M. | at 4 P.M. | |
| NEXT HEARING DATE at ____ ☐ A.M. ☐ P.M. in Courtroom ____ | | | X |

☐ **F. PRIOR COURT ORDER (ATTACHED) TERMINATED**
This Court's prior Order has been terminated. Law enforcement shall destroy all records of such Order.   ☐ Terminated at Plaintiff's request.

| DATE OF PRIOR ORDER | DATE TERMINATION EFFECTIVE | SIGNATURE/NAME OF JUDGE |
|---|---|---|
| DATE OF TERMINATION ORDER | TIME TERMINATION EFFECTIVE ☐ A.M. ☐ P.M. | X |

| A TRUE COPY ATTEST: | CLERK-MAGISTRATE/ASST. CLERK X | | |
|---|---|---|---|

HA-2A (5/10)

COURT COPY

# sec news digest

Issue 82-34

FEB 23 1982

February 22, 1982

U.S. SECURITIES AND EXCHANGE COMMISSION

## ADMINISTRATIVE PROCEEDINGS

ALLEN EGON CHOLAKIAN CITED

The Commission announced the institution of public administrative proceedings again Allen Egon Cholakian of Santa Monica, California, an investment adviser registered with the Commission since October 13, 1978.

The Order for Proceedings alleges that Cholakian violated Sections 204, 206(4) and 207 of the Investment Advisers Act of 1940 and Rules 204-1, 204-2, and 206(4)-1(a)( thereunder in connection with the description of his educational and business background in his registration application, his dissemination of misleading description of his educational and business background to investors, and his failure to make or keep adequate books and records.

A hearing will be scheduled to determine whether the allegations against Cholakian are true, and if so, to decide what, if any, remedial action would be appropriate. (Rel. IA-794)

## CIVIL PROCEEDINGS

COMPLAINT NAMES JAMES L. DOUGLAS

The Chicago Regional Office announced that on January 18 the Commission filed a com plaint in the U.S. District Court for the Northern District of Ohio, Western Division, seeking to enjoin James L. Douglas, also known as James L. Cooper (Douglas), from violations of the registration and antifraud provisions of the securities laws On that day the Court entered an order of permanent injunction against Douglas for these violations. Douglas consented to the entry of the injunction without admitti or denying the allegations contained in the Commission's complaint.

The Commission's complaint alleges, among other things, that from December 1976 to the present, Douglas has offered and sold interests in at least 45 limited and gene partnerships to in excess of 300 investors, residing in at least six states, raisin more than $7,500,000 in cash and recourse promissory notes. The partnerships were formed for the purpose of investing in oil and gas programs.

The complaint further alleges that in the offer and sale of the partnership interes Douglas, among other things, commingled the funds raised from investors, overcharge for the drilling of wells, made highly inflated profit projections without any basi in fact, failed to disclose the interests of persons unrelated to the partnerships in the partnerships' leaseholds and failed to disclose the extent of compensation h was to receive.

The Court also ordered the parties to begin negotiations with respect to the appropriateness of ordering ancillary relief in this case. The parties are to report to the Court within 90 days on the status of those negotiations. (SEC v. James L. Douglas a/k/a James L. Cooper, U.S.D.C. N.D. Ohio, Western Division, Civil File No. C82-29). (LR-9589)

## INVESTMENT COMPANY ACT RELEASES

GINTEL FUND, INC.

An order pursuant to Section 6(c) of the Investment Company Act of 1940 has be



# A Egon Cholakian

   

Add Friend    Follow    Message    More

- Works at **RAND Corporation**
- Works at **Defense Advanced Research Projects Agency - DARPA**
- Executive producer at **Documentary Film: The Energy Future**
- Chairman - Communications at **Society of Petroleum Engineers**
- Board Member, Director at **Fulbright Association**
- Co-Lead: Technical Content - 2016 MIT Energy Hackathon at **Massachusetts Institute of Technology (MIT)**
- President at **A. Egon Cholakian & Co., LLC**

- President at **A. Egon Cholakian & Co., LLC**
- Visiting researcher at **The NIH Clinical Center**
- Visiting researcher at **Harvard University**
- Studied Transnational / Organized Intellectual Property Crime Investigation Program at **INTERPOL - International IP Crime Investigator College**
- Studied High Energy-Density Physics School at **U.S. DoE National Nuclear Security Administration / Lawrence Livermore National Laboratory**
- Studied EU Unified Patent Court Practice Training at **European Patent Office / European Patent Academy**
- Studied Fire Probabalistic Risk Assessment Program at **U.S. Nuclear Regulatory Commission - Office of Nuclear Regulatory Research**
- Studied Nuclear Decommissioning Certificate Program at **U.S. DoE Argonne National Laboratory - Nuclear Engineering Division**
- Studied Predictive Analytics Certificate Program at **California Institute of Technology - Caltech**
- Studied at **Centre d'Etudes Internationales de la Propriété Intellectuelle (CEIPI)**
- Studied U.S School on High-Energy Particle Accelerators at **U.S. DoE Fermi National Accelerator Laboratory**

- 🎓 Studied UK Patent Litigation Skills Program at **Chartered Institute of Patent Attorneys**
- 🎓 Studied Comprehensive Training Program in Gamma Knife Radiosurgery at **New York University School of Medicine**
- 🎓 Studied Joint International Accelerator School on "Beam Measurement" at **CERN**
- 🎓 Studied at **U.S. DoE National Nuclear Security Administration / Los Alamos National Laboratory LANSCE**
- 🎓 Studied Cdn Solicitor / Barrister Bar Admission Course at **Law Society of Upper Canada**
- 🎓 Studied International Taxation at **Harvard Law School**
- 🏠 Lives in **Cambridge, Massachusetts**
- ♡ Single

About    Photos    Friends

 Photos


