4/5/2018

Notice of change of address to Civil Action NO:

1:18 - CV - 10619 - RGS

For Hope Summers
 Baby poppi (my dog)
 Hope Summers (enterprizes my email address)

FILED IN CLERKS OFFICE
2018 APR -5 PM 12: 41
U.S. DISTRICT COURT
DISTRICT OF MASS.

to :

 unit 2157
 Box 2157
 Teaneck, N.J. 07666
 (646) 321 - 2695.

I no longer live at 33 Cambridge Street, Cambridge, MA.