UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLEN EGON CHOLAKIAN,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION; ATTORNEY GENERAL of the COMMONWEALTH OF MASSACHUSETTS; CITY OF CAMBRIDGE POLICE DEPARTMENT; BRISTOL-MYERS SQUIBB, INC.; PLACEME, INC.; CLARA ARROYAVE; FRANCISCO MARRIOT; BABY POPPI [a/k/a HOPE SUMMERS]; HOPE SUMMERS [a/k/a BABY POPPI]; HOPE SUMMERS ENTERPRIZES [a POPPI-NATHANIEL VENTURE]; JOHN / JANE DOES A-Z,<br><br>Defendants. | Civil Action No.: 18-10619-RGS |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Allen Egon Cholakian, and Defendant Bristol-Myers Squibb Co. hereby stipulate to the dismissal of all claims asserted in this action with prejudice, with all parties bearing their own costs, expenses, and attorneys' fees, and with all parties waiving all rights of appeal.

EAST\153318939.1 1

Respectfully submitted,

| | |
|---|---|
| ALLEN EGON CHOLAKIAN | BRISTOL-MYERS SQUIBB CO.<br>By their attorneys, |
| */s/ Allen Egon Cholakian* | */s/ Stephen W. Hassink* |
| Allen Egon Cholakian (*pro se*) | Matthew A. Holian (BBO No. 668294) |
| PO Box 380477 | Stephen W. Hassink (BBO No. 693496) |
| Harvard Square Station | DLA PIPER LLP (US) |
| Cambridge, MA 02238 | 33 Arch Street, 26th Floor |
| 617-821-6468 (*telephone*) | Boston, MA 02110 |
| | (617) 406-6000 (*telephone*) |
| | (617) 406-6100 (*fax*) |

Dated: April 23, 2018

## CERTIFICATE OF SERVICE

I, Stephen W. Hassink, hereby certify that a true copy of the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent by first-class mail to those indicated as non-registered participants on April 23, 2018.

*/s/ Stephen W. Hassink*