UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLEN EGON CHOLAKIAN,<br><br>            Plaintiff,<br><br>   v.<br><br>FEDERAL BUREAU OF INVESTIGATION; ATTORNEY GENERAL of the COMMONWEALTH OF MASSACHUSETTS; CITY OF CAMBRIDGE POLICE DEPARTMENT; BRISTOL-MYERS SQUIBB, INC.; PLACEME, INC.; CLARA ARROYAVE; FRANCISCO MARRIOT; BABY POPPI [a/k/a HOPE SUMMERS]; HOPE SUMMERS [a/k/a BABY POPPI]; HOPE SUMMERS ENTERPRIZES [a POPPI-NATHANIEL VENTURE]; JOHN / JANE DOES A-Z,<br><br>            Defendants. | Civil Action No.: 18-10619-RGS |

## **NOTICE OF APPEARANCE OF STEPHEN W. HASSINK**

      Please enter the appearance of the undersigned attorney on behalf of Defendant Bristol-Myers Squibb Company.

Dated: April 23, 2018

                                                        Respectfully submitted,

                                                        BRISTOL-MYERS SQUIBB CO.
                                                        By its attorney,

                                                        _____*/s/ Stephen W. Hassink*_____
                                                        Stephen W. Hassink (BBO No. 693496)
                                                        DLA PIPER LLP (US)
                                                        33 Arch Street, 26th Floor
                                                        Boston, MA  02110
                                                        (617) 406-6000 (*telephone*)
                                                        (617) 406-6100 (*fax*)

## **CERTIFICATE OF SERVICE**

    I, Stephen W. Hassink, hereby certify that a true copy of the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent by first-class mail to those indicated as non-registered participants on April 23, 2018.

                                                                      */s/ Stephen W. Hassink*