UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLEN EGON CHOLAKIAN,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION; ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS; CITY OF CAMBRIDGE POLICE DPEARTMENT; BRISTOL-MYERS SQUIBB, INC.; PLACEME, INC.; CLARA ARROYAVE; FRANCISCO MARRIOTT; BABY POPPI [a/k/a HOPE SUMMERS]; HOPE SUMMERS [a/k/a BABY POPPI]; HOPE SUMMERS ENTERPRIZES [a POPPI-NATHANIEL VENTURE]; JOHN / JANE DOES A-Z,<br><br>    Defendants. | Civil Action No. 1:18-cv-10619-RGS |

## NOTICE OF APPEARANCE

Please enter on the docket my appearance as attorney for the defendant Attorney General of the Commonwealth of Massachusetts.

                                                                                                 Respectfully submitted,

                                                                                                 MAURA HEALEY
                                                                                                 ATTORNEY GENERAL

                                                                                                 */s/ Cassandra Bolaños*
                                                                                                 Cassandra Bolaños, BBO# 686297
                                                                                                 Assistant Attorney General
                                                                                                 Government Bureau
                                                                                                 One Ashburton Place
                                                                                                 Boston, MA  02108
                                                                                                 (617) 963-2052
                                                                                                 Cassandra.bolanos@state.ma.us

May 1, 2018

## **CERTIFICATE OF SERVICE**

      I certify that this document, filed through the Court's ECF system, will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants by first-class mail on May 1, 2018.

                                               */s/ Cassandra Bolaños*
                                               Cassandra Bolaños