UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLEN EGON CHOLAKIAN,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF INVESTIGATION; ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS; CITY OF CAMBRIDGE POLICE DPEARTMENT; BRISTOL-MYERS SQUIBB, INC.; PLACEME, INC.; CLARA ARROYAVE; FRANCISCO MARRIOTT; BABY POPPI [a/k/a HOPE SUMMERS]; HOPE SUMMERS [a/k/a BABY POPPI]; HOPE SUMMERS ENTERPRIZES [a POPPI-NATHANIEL VENTURE]; JOHN / JANE DOES A-Z,<br><br>    Defendants. | Civil Action No. 1:18-cv-10619-RGS |

## **DEFENDANT ATTORNEY GENERAL'S MOTION TO DISMISS**

Defendant Attorney General of the Commonwealth of Massachusetts (the "Attorney General") hereby moves to dismiss Plaintiff Allen Egon Cholakian's claim against the Attorney General for lack of subject-matter jurisdiction and for failure to state a claim under Fed. R. Civ. P. 12(b)(1) and 12(b)(6), respectively.

Mr. Cholakian's complaint primarily describes a landlord-tenant dispute between Mr. Cholakian, the landlord, and defendant "Baby Poppi," his tenant. *See, e.g.*, Compl. ¶¶ 15-26. Mr. Cholakian alleges that Baby Poppi engaged in a scheme to extort him pursuant to 18 U.S.C. § 875. Compl. ¶¶ 1, 32. As to the Attorney General, Mr. Cholakian seeks only an order compelling her to "show cause on why [the Attorney General] ha[s] not acted on this Felony-in-Progress." Compl. ¶ 33.

Mr. Cholakian's claim against the Attorney General is subject to dismissal for several reasons.  First, this Court lacks jurisdiction to order the Attorney General to "show cause" on why her office has not acted, because the request for relief is barred by the sovereign immunity protections of the Eleventh Amendment to the United States Constitution.  Second, the complaint fails to state a claim against the Attorney General upon which relief can be granted, because it is devoid of any allegations that the Attorney General engaged in any wrongdoing or breached any legal duty owed to Mr. Cholakian.

In further support of this motion to dismiss, the Attorney General refers this Court to, and incorporates by reference, the accompanying memorandum of law, submitted herewith.

    Respectfully submitted,

    MAURA HEALEY
    ATTORNEY GENERAL

    */s/ Cassandra Bolaños*
    Cassandra Bolaños, BBO# 686297
    Assistant Attorney General
    Government Bureau
    One Ashburton Place
    Boston, MA  02108
    (617) 963-2052
May 1, 2018    Cassandra.bolanos@state.ma.us

## LOCAL RULE 7.1 CERTIFICATION

      I hereby certify that on the morning of April 30, 2018, I sent *pro se* plaintiff Allen Egon Cholakian an email in an attempt to confer in good faith to resolve or narrow the issues presented by this motion. While I asked him to respond by the close of business on May 1, 2018, Mr. Cholakian did not respond. Accordingly, we were unable to narrow or resolve the issues presented by this motion.

                                              */s/ Cassandra Bolaños*
                                              Cassandra Bolaños
                                              Assistant Attorney General

## CERTIFICATE OF SERVICE

      I certify that this document filed through the CM/ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 1, 2018.

                                              */s/ Cassandra Bolaños*
                                              Cassandra Bolaños
                                              Assistant Attorney General