UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Allen Egon Cholakian | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:18-10619-RGS |
| | * | |
| Federal Bureau of Investigation et al | * | |
| | * | |
| Defendants. | * | |

ORDER OF DISMISSAL

May 11, 2018

STEARNS, D.J.

Pursuant to the Court's Memorandum and Order [Doc.14], it is ORDERED that the above-entitled action be and hereby is dismissed without prejudice.

By the Court,

/s/ Arnold Pacho
Deputy Clerk