UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLEN EGON CHOLAKIAN,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>FEDERAL BUREAU OF INVESTIGATION; ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS; CITY OF CAMBRIDGE POLICE DPEARTMENT; BRISTOL-MYERS SQUIBB, INC.; PLACEME, INC.; CLARA ARROYAVE; FRANCISCO MARRIOTT; BABY POPPI [a/k/a HOPE SUMMERS]; HOPE SUMMERS [a/k/a BABY POPPI]; HOPE SUMMERS ENTERPRIZES [a POPPI-NATHANIEL VENTURE]; JOHN / JANE DOES A-Z,<br><br>　　　　Defendants. | Civil Action No. 1:18-cv-10619-RGS |

## **NOTICE OF APPEARANCE**

　　　Please enter on the docket my appearance as attorney for the defendant Attorney General of the Commonwealth of Massachusetts.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　MAURA HEALEY
　　　　　　　　　　　　　　　　　　　　　　ATTORNEY GENERAL


　　　　　　　　　　　　　　　　　　　　　　*/s/ Kimberly A. Parr*
　　　　　　　　　　　　　　　　　　　　　　Kimberly Parr, BBO No. 679806
　　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　　Government Bureau
　　　　　　　　　　　　　　　　　　　　　　One Ashburton Place
　　　　　　　　　　　　　　　　　　　　　　Boston, MA  02108
　　　　　　　　　　　　　　　　　　　　　　(617) 963-2489
　　　　　　　　　　　　　　　　　　　　　　Kimberly.Parr@state.ma.us

May 14, 2018

## **CERTIFICATE OF SERVICE**

      I certify that this document, filed through the Court's ECF system, will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants by first-class mail on May 14, 2018.

                                                */s/ Kimberly A. Parr*
                                                Kimberly Parr